UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CALVIN J. PIRTLE,
    Plaintiff,

    v.                                    Case No. 07-C-0472

MILWAUKEE COUNTY HOUSE OF CORRECTION and
MILWAUKEE COUNTY JAIL,
    Defendants.

---

CALVIN J. PIRTLE,
    Plaintiff,

    v.                                    Case No. 07-C-0473

MILWAUKEE COUNTY HOUSE OF CORRECTION,
    Defendant.

---

CALVIN J. PIRTLE,
    Plaintiff,

    v.                                    Case No. 07-C-0474

MILWAUKEE COUNTY HOUSE OF CORRECTION,
MILWAUKEE COUNTY JAIL,
MILWAUKEE COUNTY SHERIFF'S DEPARTMENT
and MILWAUKEE COUNTY,
    Defendants.

---

**ORDER**

---

Plaintiff, Calvin J. Pirtle, lodged three pro se civil rights actions pursuant to 42 U.S.C. § 1983. In each action, he has filed a petition to proceed in forma pauperis. This matter comes before the court on the plaintiff's motion for extension of time to submit a copy of his prison trust account statement.

The Prison Litigation Reform Act, 28 U.S.C. § 1915(a)(2), requires the plaintiff to attach to his in forma pauperis petitions a certified copy of his prison trust account statement for the preceding six months showing all transactions including deposits, withdrawals and balances. By order dated June 26, 2006, the plaintiff was ordered to submit a copy of his prison trust account statement on or before July 13, 2006.

The plaintiff now claims that he is unable to meet this deadline because officials at the Milwaukee County House of Correction will not provide him with a copy of his trust account statement. Federal Rule of Civil Procedure 6(b) states in relevant part,

> When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order...

In light of the foregoing, the court is persuaded that the plaintiff has demonstrated cause sufficient to warrant an extension of time. Accordingly, his motion for extension of time to file a prison trust account statement will be granted.

The court will allow the plaintiff until **August 6, 2007**, to file a certified copy of his prison trust account statement. The plaintiff is advised that, if he fails to file a copy of his prison trust account statement by **August 6, 2007**, this action may be dismissed.

The plaintiff is further advised that each institution has procedures that he must follow to obtain a trust account statement. The plaintiff should ask the business office how to properly request the certified copy of his trust account statement for filing with the district court. Attaching this letter to such a request may assist the business office in knowing what is required.

**NOW, THEREFORE, IT IS ORDERED** that the plaintiff's request for an extension of time (Docket # 7) is **GRANTED.**

**IT IS FURTHER ORDERED** that the plaintiff shall file a certified copy of his prison trust account statement for the preceding six months, showing all transactions including deposits, withdrawals and balances, by **August 6, 2007.** Failure to file a trust account statement on or before **August 6, 2007**, may result in dismissal of this action.

Dated at Milwaukee, Wisconsin this <u>18th</u> day of July, 2007.

<u>s/AARON E. GOODSTEIN</u>
U.S. Magistrate Judge
